No. 69102.—W. G. Carroll et al. v. United States, protests 63/5568, etc. (Savannah).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.